

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

**Defendant:** **Compass Industries, Inc.**
**Bankruptcy Case:** **J & M Sales Inc.**
**Preference Period:** **May 8, 2018 - Aug 6, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| J & M Sales, Inc. | J & M Sales, Inc. | 300324 | $29,281.50 | 5/29/2018 | 390671-00 | 2/8/2018 | $29,281.50 |
| **Totals:** | **1 transfer(s),** | **$29,281.50** | | | | | |